UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-870 CAS (MRW) | Date | July 2, 2013 |
|---|---|---|---|
| Title | Palmer v. Quintana | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION

    In May 2013, the Court dismissed Plaintiff's civil rights claims asserted against two served defendants and dismissed the action against two unserved parties. (Docket # 45.) The Court's dismissal was without prejudice and allowed Plaintiff the opportunity to file an amended complaint that properly asserted claims against defendants. (Id. at 9.) The Court directed Plaintiff to file an amended complaint or a notice of voluntary dismissal by June 10. The Court expressly advised Plaintiff that his "failure to respond to this order may lead the Court to recommend that the action be dismissed in its entirety under Federal Rule of Civil Procedure 41(b) for failure to prosecute." To date, however, Plaintiff has not filed an amended complaint responsive to the Court's order.

    Therefore, the Court orders Plaintiff to show cause why the action should not be summarily dismissed. Plaintiff is required to file a notice of voluntary dismissal / amended complaint <u>and</u> an explanation as to the delay in filing this pleading by or before <u>July 22, 2013</u>.