UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PALMER, | ) Case No. ED CV 12-870 BRO (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| FRANCISCO QUINTANA, et al., | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: August 16, 2013

_____

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE